UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID MICHAEL JEFFREYS,  )
  )
    Plaintiff,  )
  )
v.  ) **JUDGMENT**
  )
  ) No. 5:12-CV-786-FL
  )
CAROLYN W. COLVIN,  )
Acting Commissioner of Social Security,  )
  )
    Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 17, 2013, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g). This matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 17, 2013, and Copies To:**

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

September 17, 2013           JULIE A. RICHARDS, CLERK
                                                 /s/ Christa N. Baker
                                                (By) Christa N. Baker, Deputy Clerk