IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-786-FL

| | | |
|---|---|---|
| DAVID MICHAEL JEFFERYS, | * | |
| Plaintiff, | * | |
| v. | * | ORDER |
| CAROLYN W. COLVIN, | * | |
| Acting Commissioner of Social Security, | * | |
| Defendant. | * | |

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and the Defendant's response thereto, it is this __8th__ day of _____November__, 2013, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,971.84, and costs in the amount of $350.00, to be sent to Plaintiff's counsel, Pamela Henry-Mays, Esquire, 60 East 42nd Street, Suite 520, New York, New York 10165.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE