IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID MICHAEL JEFFERYS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 5:12-CV-00786-FL |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Plaintiff's counsel filed a motion for attorney's fees under 42 U.S.C. § 406(b) in the amount of $9,853.00. Attorney's fees under 42 U.S.C. § 406(b) are paid from past-due benefits awarded to a successful claimant. The fee request is in addition to the $3,971.00 in fees awarded by this Court under the Equal Access to Justice Act.

Defendant filed a reply to the motion noting that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ _$9,853.00_____, and ordered to refund to Plaintiff the smaller award between this amount and the EAJA award.

So ordered, this _11th_ day of _October_, 2016.

_____
Honorable Louise Wood Flanagan
United States District Judge